# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Anthony Williams Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00018-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Charlotte | ) | |
| John Doe | | |
| County of Mecklenburg | | |
| Xavier Mitchell | | |
| Johnny Jennings, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2024 Order.

October 31, 2024

Katherine Hord Simon, Clerk
United States District Court